**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: January 07, 2010**

---

BK0906599
(JJR)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE:<br><br>Tarina E. Roland<br><br>        Debtor | Case No. 09-16064<br><br>Chapter 13<br>Judge Aug, Jr.<br><br>**ORDER FOR RELIEF FROM STAY AND CO-DEBTOR STAY OF U.S. BANK, N.A BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER (PROPERTY ADDRESS: 1111 ROSSMORE AVENUE, CINCINNATI, OH 45237) (DOC. #28)** |

    This matter came to be considered on the Motion for Relief from Stay and Co-Debtor Stay of Lonnie Roland (the "Motion") filed by U.S. Bank, N.A by and through U.S. Bank Home Mortgage its servicer ("Movant") on December 15, 2009 as Pacer Document #28 for the property located at 1111 Rossmore Avenue, Cincinnati, Ohio 45237.

    Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all necessary parties were served with the Motion as

indicated on the Certificate of Service attached to said Motion, and were served with a notice of hearing by the Clerk on December 15, 2009. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code and the co-debtor stay imposed by Section 1301 of the Bankruptcy Code, are terminated with respect to Movant, its successors and/or assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor.

**SO ORDERED**

/s/ Erin A. Jochim
Ohio Supreme Court #0077062
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 412-6600, ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com


COPIES TO:

DEFAULT LIST

Lonnie E. Roland, Co-Debtor
3711 York Lane
Cincinnati, OH 45215
ORIDINARY U.S. MAIL, POSTAGE PRE-PAID

###